

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00823-CV

**WILLIAMSBURG CARE CO., LP** d/b/a Princeton Place Rehabilitation and Healthcare,
Appellant/s

v.

Jesus **ACOSTA**, Individually and as Representative of the Estate of Maria Acosta, Deceased; et al.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16420
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On February 14, 2014, appellees filed a response to the motion to abate which was filed by appellant on February 6, 2014. Appellant is ORDERED to file a reply to appellees' response no later than February 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court